SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-00159-LKK-GGH** |
|         Plaintiff, | ) **ORDER RE: REQUEST TO STRIKE SUMMONS RETURNED EXECUTED** |
|     vs. | ) |
| Charles W. Chapman, et al, | ) |
|         Defendants | ) |

   IT IS ORDERED THAT the Summons Returned Executed filed by Plaintiff is hereby STRIKEN.  Plaintiff shall have 30 days from the date of this Order to perform service of process on Defendants.

Date:   May 19, 2011.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST TO STRIKE SUMMONS RETURNED EXECUTED

CIV: S-11-cv-00159-LKK-GGH- 1