```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>   vs.<br><br>Charles W. Chapman, et al,<br><br>        Defendants. | Case No. **2:11-cv-00159-LKK-GGH**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

   IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Date:  July 24, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT